**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x Civil Action No.: CV-05-5749 (FB)

UNITED STATES OF AMERICA,

           Plaintiff,

- against -

EZELL B. TUCKER a/k/a
EZEKILE B. TUCKER a/k/a
BENNY TUCKER,

           Defendant.
----------------------------------------x

## DEFAULT JUDGMENT

Because Ezell B. Tucker failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Ezell B. Tucker:

**Claim No. C99-24182W**

| | |
|---|---|
| Principal Balance: | $2,244.07 |
| Total Interest Accrued at 8.000%: | $1,371.73 |
| Filing and Service of Process: | $302.00 |
| Subtotal: | $3,917.80 |
| Attorney's Fees: | $ 500.00 |
| Total Owed: | $4417.80 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
3/4, 2006

                                      Frederic Block
                                      United States District Judge